UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**LAMAR NASHAWN DORSEY,**

    Plaintiff,

v.                          Civil Action No. 2:19-cv-00608

**CPL. RANDOFF and
SOUTHWESTERN REGIONAL JAIL,**

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on September 15, 2020 (ECF No. 9); and the Magistrate Judge having recommended that the court dismiss defendant Southwestern Regional Jail from this action pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B) and leave this matter referred to the Magistrate Judge for further proceedings; and no objection having been filed to the Proposed Findings and Recommendation,[1] it is ORDERED that the findings made in the Proposed Findings and Recommendation of the Magistrate Judge

---

[1] By an October 26, 2020 order, the court granted the plaintiff's letter-form motion for an extension of time, giving him until November 19, 2020, to file any objections to the Proposed Findings and Recommendation.  <u>See</u> ECF No. 13.  The plaintiff has not timely filed any objections.

(ECF No. 9) be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that defendant Southwestern Regional Jail be, and it hereby is, dismissed from this action.

It is further ORDERED that this matter is referred to the Magistrate Judge for further proceedings.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record, any unrepresented party, and the United States Magistrate Judge.

ENTER: December 1, 2020

John T. Copenhaver, Jr.
Senior United States District Judge